# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jacqueline Mercedes Moore-Price a/k/a Jacqueline Mercedes Moore a/k/a Jacqueline Moore a/k/a Jacqueline Mercedes Price a/k/a Jacqueline M. Price a/k/a Jacqueline M. Moore-Price a/k/a Jacqueline Price a/k/a Jacqueline Moore-Price a/k/a Jacqueline M. Moore**<br>Debtor(s) | **BK NO. 21-02317 MJC**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of DLJ Mortgage Capital, Inc. and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
30 Dec 2021, 15:43:28, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322