B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania (Wilkes-Barre)

IN RE:             Case No:      21-02317

Loan Number (Last 4):     8933

Debtors: Jacqueline Mercedes Moore-Price

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DLJ Mortgage Capital, Inc. | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
|---|---|
| **Serviced by Select Portfolio Servicing, Inc.** | |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 1 |
| Amount of Claim: | $392,518.76 |
| Date Claim Filed: | 11/22/2021 |
| Last Four Digits of Acct #: | 1140 |

Phone:     1-800-258-8602
Last Four Digits of Acct #:    8933

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone:     1-800-258-8602
Last Four Digits of Acct #:    8933

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ John Shelley            Date:   01/14/2022
      InfoEx, LLC, as authorized filing agent
      (Approved by: Dilan Foutz)

Specific Contact Information:

Dilan Foutz - BK Specialist

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.