# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 1/18/2022 |
| Case: 5:21–bk–02317–MJC | Form ID: trc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5444426    NewRez LLC d/b/a Shellpoint Mortgage Servicing    P.O. Box 10826–0826    Greenville, SC 29630

TOTAL: 1