UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JACQUELINE MERCEDES MOORE-
PRICE
    Debtor(s)

JACK N. ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
    Movant

    vs.

JACQUELINE MERCEDES MOORE-
PRICE
    Respondent(s)

: CHAPTER 13
:
:
:
:
:
:
:
:
:
:
:
:
: CASE NO.   5-21-bk-02317

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO
## AMENDED CHAPTER 13 PLAN

AND NOW, this   8th   day of February, 2022, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about January 18, 2022 be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this   8th   day of February, 2022, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class
mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA   18360

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee