United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-02317-MJC |
| Jacqueline Mercedes Moore-Price | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 16, 2022 | Form ID: orcnfpln | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jacqueline Mercedes Moore-Price, 1522 Eagles View Court, Stroudsburg, PA 18360-6477 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 18, 2022 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Karina Velter | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o New Rez LLC f/k/a New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Jacqueline Mercedes Moore-Price rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

Vincent Rubino
    on behalf of Debtor 1 Jacqueline Mercedes Moore-Price
    lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Jacqueline Mercedes Moore−Price, aka Jacqueline Moore, aka Jacqueline Mercedes Price, aka Jacqueline Mercedes Moore, aka Jacqueline M. Price, aka Jacqueline M. Moore, aka Jacqueline M. Moore−Price, aka Jacqueline Price, aka Jacqueline Moore−Price, | Chapter | 13 |
| | Case No. | 5:21−bk−02317−MJC |

**Debtor 1**

# Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on October 28, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 16, 2022

orcnfpln(05/18)