Certificate Number: 12433-PAM-DE-036430231

Bankruptcy Case Number: 21-02317


12433-PAM-DE-036430231

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on <u>March 27, 2022</u>, at <u>11:34</u> o'clock <u>AM EDT</u>, <u>Jacqueline M. Price</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>March 28, 2022</u>            By:    <u>/s/Lisa Susoev</u>

                                       Name:  <u>Lisa Susoev</u>

                                       Title: <u>Teacher</u>