United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 21-02317-MJC

Jacqueline Mercedes Moore-Price     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Dec 18, 2023     Form ID: pdf010     Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jacqueline Mercedes Moore-Price, 1522 Eagles View Court, Stroudsburg, PA 18360-6477 |
| 5444426 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826-0826, Greenville, SC 29630 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 18 2023 18:42:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 18 2023 18:42:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5455470 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 18 2023 18:42:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5455471 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 18 2023 18:42:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing, |
| 5443099 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 18 2023 18:42:00 | KOHLS DEPARTMENT STORE, P.O. BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5443100 | | Email/Text: mtgbk@shellpointmtg.com | Dec 18 2023 18:42:00 | SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 5443219 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 18 2023 18:41:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5443101 | + | Email/Text: bnc-thebureaus@quantum3group.com | Dec 18 2023 18:42:00 | THE BUREAUS, 650 DUNDEE ROAD, SUITE 370, NORTHBROOK, IL 60062-2757 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Karina Velter | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o New Rez LLC f/k/a New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing karina.velter@powerskirn.com, brausch@pincuslaw.com |
| Michael Patrick Farrington | on behalf of Creditor DLJ Mortgage Capital Inc. mfarrington@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Jacqueline Mercedes Moore-Price rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Jacqueline Mercedes Moore-Price lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JACQUELINE MERCEDES MOORE-PRICE, <br> a/k/a JACQUELINE MERCEDES MOORE, <br> a/k/a JACQUELINE MERCEDES PRICE, <br> a/k/a JACQUELINE M. MOORE-PRICE, <br> a/k/a JACQUELINE M. MOORE, <br> a/k/a JACQUELINE M. PRICE, <br> a/k/a JACQUELINE MOORE-PRICE, <br> a/k/a JACQUELINE MOORE, <br> a/k/a JACQUELINE PRICE, <br><br> Debtor | CASE NO.: 21-02317-MJC |

## ORDER

Upon consideration of Debtor's Motion to Withdraw Chapter 13 Petition, Dkt. # 47 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-named Petition is hereby withdrawn; and it is further

**ORDERED** that the Trustee is hereby discharged.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 15, 2023