Fill in this information to identify the case:

Debtor 1 Jacqueline Moore-price

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   Middle District Of Pennsylvania

Case number 21-02317

Official Form 410S1
# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: DLJ Mortgage Capital, Inc.

**Court claim no**. (if known): 1

**Last four digits** of any number you use to identify the debtor's account:   8933

**Date of payment change:** 05/01/2023
Must be at least 21 days after date of this notice

**New total payment:**   $ 2513.25
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $1348.37         **New escrow payment:**  $1361.22

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %        **New interest rate:** _____ %

   **Current principal and interest payment:** $_____   **New principal and interest payment:** $_____

Official Form 410S1         **Notice of Mortgage Payment Change**         page 1

Debtor 1 <u>Jacqueline Moore-price</u>　　　　　　　　　Case Number (*If known*):21-02317
　　　　　First Name　　Middle Name　　Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)
　　Reason for change: _____

**Current mortgage payment:** $ _____　**New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ <u>/s/ Michael P. Farrington</u>　　　　　Date February 01, 2023
　Signature

Print:　<u>Michael P. Farrington</u>　　　　　　　　　Title <u>Attorney for Creditor</u>
　　　　First Name　　Middle Name　　Last Name

Company　<u>KML Law Group, P.C.</u>

Address　<u>701</u>　　<u>Market Street, Suite 5000</u>
　　　　　Number　　Street
　　　　　<u>Philadelphia,</u>　　　　　<u>PA</u>　<u>19106</u>
　　　　　City　　　　　　　　　State　ZIP Code

Contact phone　<u>(215) 627–1322</u>　　Email <u>mfarrington@kmllawgroup.com</u>

Official Form 410S1　　**Notice of Mortgage Payment Change**　　page 2

Main Document　　Page 2 of 2