IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jacqueline Mercedes Moore-Price a/k/a Jacqueline Mercedes Moore a/k/a Jacqueline Moore a/k/a Jacqueline Mercedes Price a/k/a Jacqueline M. Price a/k/a Jacqueline M. Moore-Price a/k/a Jacqueline Price a/k/a Jacqueline Moore-Price a/k/a Jacqueline M. Moore<br>**Debtor(s)**<br><br>**DLJ Mortgage Capital, Inc.**<br>**Movant**<br>vs.<br><br>**Jacqueline Mercedes Moore-Price** a/k/a Jacqueline Mercedes Moore a/k/a Jacqueline Moore a/k/a Jacqueline Mercedes Price a/k/a Jacqueline M. Price a/k/a Jacqueline M. Moore-Price a/k/a Jacqueline Price a/k/a Jacqueline Moore-Price a/k/a Jacqueline M. Moore<br>**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>**Trustee** | BK NO. 21-02317 MJC<br><br>Chapter 13<br><br>Related to Claim No. 1 |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 2, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Jacqueline Mercedes Moore-Price a/k/a Jacqueline
Mercedes Moore a/k/a Jacqueline Moore a/k/a
Jacqueline Mercedes Price a/k/a Jacqueline M.
Price a/k/a Jacqueline M. Moore-Price a/k/a
Jacqueline Price a/k/a Jacqueline Moore-Price
a/k/a Jacqueline M. Moore
1522 Eagles View Court
Stroudsburg, PA 18360

Attorney for Debtor(s)
Vincent Rubino, Esq.
712 Monroe Street (VIA ECF)
P.O. Box 511
Stroudsburg, PA 18360-0511

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: February 2, 2023

/s/Michael P. Farrington Esq.
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com